IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYATRI GREWAL, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 08-1439 |
| | ) Chief Judge Gary L. Lancaster/ |
| | ) Chief Magistrate Judge Amy Reynolds Hay |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES (USCIS), | ) |
| Defendant | ) |

ORDER

AND NOW, this 23 day of November, 2009, after the Plaintiff, Gayatri Grewal, filed a Complaint [Doc.1] in the above-captioned case, and after the Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. [Doc. 9], and after a Report and Recommendation [Doc.19] was filed by the United States Magistrate Judge granting the parties until November 23, 2009 to file written objections thereto, the Plaintiff filed objections on November 20, 2009. Upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss filed by the Defendant [Doc. 9] is GRANTED.

Gary L. Lancaster
Chief United States District Judge

cc:   Counsel of record by Notice of Electronic Filing